Simon ALLEN, Jr., Plaintiff–Appellant,

v.

Special Agent Paul LEE, in his private and official capacity; Special Agent Earl Gilliam, in his private and official capacity; Rac Scott Bailey, in his private and official capacity; Asst U.S. Attorney William J. Watkins, Jr., in his private and official capacity; Probation Officer Robert F. Woods, in his private and official capacity; U.S. Attorney William N. Nettles, in his private and official capacity; Public Defender Lora C. Blanchard, in her private and official capacity; Courtroom Deputy Pamela Brissey, in her private and official capacity, Defendants–Appellees.

No. 15–6654.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 20, 2015.

Decided: Aug. 25, 2015.

Simon Allen, Jr., Appellant Pro Se.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Simon Allen, Jr., appeals the district court's order accepting the magistrate judge's recommendation to dismiss his civil action against Defendants after a review, pursuant to 28 U.S.C. §§ 1915, 1915A(b)(1) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny Allen's motion for a transcript at government expense and affirm the district court's judgment. *Allen v. Lee,* No. 8:15–cv–00504–RMG (D.S.C. Apr. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*